MARGARET R. POULTER et al., Respondents, v. VINCENT J. MASULLO, Appellant.— In a negligence action to recover for personal injuries sustained as a result of defendant's car striking the rear of plaintiffs' car when it stopped for a red traffic light, defendant appeals from an order granting plaintiffs' motion for summary judgment. Order reversed, with $10 costs and

disbursements, and motion denied. In our opinion, issues of fact are presented which should be resolved by a trial. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.